UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE 1999 GMC YUKON, VIN: ) <br> 1GKEK13R5XR920300, WITH ALL ) <br> ATTACHMENTS THEREON. ) <br> Defendant. ) <br> ) | Civil Case No. 04-1141-WEB |

## FINAL ORDER OF FORFEITURE

Plaintiff United States of America has moved the Court to enter a default against all persons and entities for failure to file a claim or answer in this proceeding and for a final order of forfeiture forfeiting the above defendant to the United States.

IT IS THEREFORE ORDERED that One 1999 GMC Yukon, VIN: 1GKEK13R5XR920300, with all appurtenances and attachments thereon, is hereby forfeited to the United States of America pursuant to 21 U.S.C. 881 et seq. No other persons or entities shall have any interest in said defendant and the United States shall dispose of said defendant according to law.

SO ORDERED this 2nd day of March, 2006.

s/Wesley E. Brown
WESLEY E. BROWN
UNITED STATES DISTRICT JUDGE